IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSUE G. MANZO,
    Plaintiff,

vs.   Case No.: 3:19cv3357/LAC/HTC

C. COURTNEY, et al.,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 10, 2020 (ECF No. 34). The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      Defendants' Motion to Dismiss (ECF No. 31) is GRANTED only to the extent that Plaintiff may not seek monetary damages from Defendants in their official capacities.  The motion is otherwise DENIED.

3.      Defendants are required to file an answer to Plaintiff's amended complaint (ECF No. 14) within fourteen (14) days of this Order.

**DONE AND ORDERED** this 13th day of August, 2020.


*s/L.A. Collier*
_____
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**