UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSUE G. MANZO,

    Plaintiff,

v.                                                 Case No. 3:19cv3357-LC-HTC

C. COURTNEY, et al.,

    Defendants.

_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 6, 2021 (ECF No. 48). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED**:

1.     The Magistrate Judge's Report and Recommendation (ECF Doc. 48) is adopted and incorporated by reference in this order.

2. Defendants' Motion for Summary Judgment (ECF Doc. 43) is GRANTED.

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 7th day of June, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**